COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER STRIKING DOCUMENT FOR NONCOMPLIANCE
WITH THE TEXAS RULES OF APPELLATE PROCEDURE**

| | |
|---|---|
| Cause Number: | 01-19-00915-CR |
| Style: | Ernest M. Spencer v. State of Texas |
| Type of document: | Motion to Withdraw |
| Date document filed: | December 7, 2020 |
| Document filed by: | Appellant |

Appellant's counsel has filed a motion to withdraw which does not comply with Texas Rule of Appellate Procedure 6.5. *See* TEX. R. APP. P. 6.5(a), (b). Accordingly, appellant's motion to withdraw is **struck**. The Court will consider a motion to withdraw that complies with Rule 6.5. *See id*.

Judge's signature: ___/s/ Sherry Radack_____
      ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: ___December 15, 2020_____